# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LESLIE,<br><br>             Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>             Defendant(s). | Case No. 2:14-cv-01430-JAD-VCF<br><br>**ORDER GRANTING MOTION TO VACATE EARLY NEUTRAL EVALUATION SESSION**<br><br>(Docket No. 11) |

Pending before the Court is Plaintiff's motion for relief from the early neutral evaluation session ("ENE") currently scheduled for November 18, 2014. Docket No. 11. Local Rule 16-6(c) governs such motions, and provides the evaluation magistrate judge with final authority to grant or deny such a motion. Here, Plaintiff provides several reasons for seeking to vacate the ENE; namely, that the tort causes of action form the crux of the case, that sufficient discovery will not be completed by the time of the ENE for meaningful settlement discussions, and that previous attempts to settle have failed. *See* Docket No. 11 at 3-4. For good cause shown, the Court hereby **VACATES** the ENE set for November 18, 2014 and **INSTRUCTS** the Clerk's Office to remove the ENE flag from this case.

IT IS SO ORDERED.

Dated: September 11, 2014

                                                                                                            _____<br>
                                                                                                              Nancy J. Koppe<br>
                                                                                                              United States Magistrate Judge