# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Leslie,<br><br>        Plaintiff<br><br>        v.<br><br>Las Vegas Metropolitan Police Department,<br><br>        Defendant | Case No.: 14-cv-1430-JAD-VCF<br><br>**Order**<br>**Granting Motion to Amend Complaint [Doc. 13] and Denying Motion to Dismiss and Motion for More Definite Statement [Docs. 5, 6] as Moot** |

Laura Leslie filed a motion to amend her complaint in this employment-discrimination case on September 15, 2014. Doc. 13. Defendant Las Vegas Metropolitan Police Department filed its notice of non-opposition on September 26, 2014. Doc. 17. Accordingly, and with good cause appearing, it is hereby ORDERED that **plaintiff's motion to amend (Doc. 13) is GRANTED**. Leslie is directed to file her amended complaint by **Tuesday, October 21, 2014**. I also **DENY defendant's motion to dismiss (Doc. 5)** and **defendant's motion for more definite statement (Doc. 6)** as moot, without prejudice, because they are based on the original complaint. *Lacey v. Naricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) ("An amended complaint supercedes the original complaint and renders it without legal effect.").

DATED October 14, 2014.

                                              Jennifer A. Dorsey
                                              United States District Judge