1   **Marquis Aurbach Coffing**
    Nick D. Crosby, Esq.
2   Nevada Bar No. 8996
    Jamie A. Frost, Esq.
3   Nevada Bar No. 11507
    10001 Park Run Drive
4   Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
5   Facsimile: (702) 382-5816
    ncrosby@maclaw.com
6   jfrost@maclaw.com
      Attorneys for Defendants

7

8                    **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10  LAURA LESLIE,

11                         Plaintiff,          Case No.:      2:14-cv-01430-JAD-VCF

12       vs.

13  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT; JONNIE TWICHELL;
14  MARLA SARPY,

15                         Defendants.

16                     **STIPULATION AND ORDER**

17       Plaintiff Laura Leslie ("Plaintiff"), by and through her attorney of record, Telia U.

18  Williams, Esq. with the Law Office of Telia U. Williams, and Defendants Las Vegas

19  Metropolitan Police Department ("LVMPD"), Jonnie Twichell ("Twichell"), and Marla Sarpy

20  ("Sarpy") (collectively "Defendants"), by and through their attorneys of record, Nick D. Crosby,

21  Esq. and Jamie A. Frost, Esq. with the law firm of Marquis Aurbach Coffing, hereby agree and

22  stipulate as follows:

23       1.      Plaintiff will voluntarily dismiss her First and Second Claims against LVMPD for

24  Employment Discrimination on the basis of Race and Age, as alleged in Plaintiff's First

25  Amended Complaint. (Dkt. #24);

26       2.      LVMPD reserves its right to seek attorney fees and costs, at a later date, as related

27  to LVMPD's Motion to Dismiss with Summary Judgment Treatment Plaintiff's Second Cause of

28  Action within Plaintiff's First Amended Complaint (Dkt. #25), filed on October 22, 2014; and

MAC:05166-820 2478612_1 4/1/2015 10:02 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.      As a result of Plaintiff's above voluntary dismissal, LVMPD's Motion to Dismiss with Summary Judgment Treatment Plaintiff's Second Cause of Action within Plaintiff's First Amended Complaint (Dkt. #25) is hereby moot.

Dated this <u>1st</u> day of April, 2015.

Dated this <u>1st</u> day of April, 2015.

LAW OFFICE OF TELIA U. WILLIAMS

MARQUIS AURBACH COFFING

By: <u>*/s/ Telia U. Williams*</u>
    Telia U. Williams, Esq.
    Nevada Bar No. 9359
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    Attorney for Plaintiff

By: <u>*/s/ Jamie A. Frost*</u>
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jamie A. Frost, Esq.
    Nevada Bar No. 11507
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff's first and second claims are DISMISSED with prejudice, and LVMPD's Motion to Dismiss (Doc. 25) is DENIED as moot.

Dated:  April 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-820 2478612_1 4/1/2015 10:02 AM