**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LESLIE,<br><br>                Plaintiff,<br><br>   vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JONNIE TWICHELL; MARLA SARPY,<br><br>                Defendants. | Case No.:   2:14-cv-01430-JAD-VCF |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Defendants, the Las Vegas Metropolitan Police Department, Joanie Twichel and Marla Sarpy, by and through their counsel of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing and Plaintiff, Laura Leslie, by and through her counsel of record, Telia U. Williams, Esq. with the Law Offices of Telia U. Williams, Esq., that the Complaint filed herein is dismissed with prejudice and that each side is to bear its own attorneys fees and costs, with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:05166-820 2787657_1 5/12/2016 2:53 PM

the exception of the agreement reached between the parties which is memorialized in a separate Settlement Agreement and Release.

Dated this 12th day of May, 2016.                                   Dated this 12th day of May, 2016.

**MARQUIS AURBACH COFFING**                        **LAW OFFICE TELIA U. WILLIAMS, ESQ.**

By: /s/ *Nicholas D. Crosby*                                        By: /s/ *Telia U. Williams*
    Nick D. Crosby, Esq.                                              Telia U. Williams, Esq.
    Nevada Bar No. 8996                                              Nevada Bar No. 9359
    10001 Park Run Drive                                              10161 Park Run Drive, Ste. 150
    Las Vegas, Nevada  89145                                         Las Vegas, Nevada 89145
    *Attorney for Defendants*                                         Attorney for Plaintiff

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to CLOSE THIS CASE.

Date: May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE